UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RUBY HOWARD | * | CIVIL ACTION |
| | * | |
| VS.                              Plaintiff | * | NUMBER: _____ |
| | * | |
| NATIONAL RAILROAD | * | Judge: |
| PASSENGER CORPORATION | * | |
| D/B/A "AMTRAK" | * | Magistrate: |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## COMPLAINT

The COMPLAINT of Plaintiff, Ruby Howard, a person of the full age of majority and resident of the Parish of Orleans, State of Louisiana, with respect represents:

I.

Defendant, National Railroad Passenger Corporation d/b/a Amtrak (hereinafter referred to as "Amtrak"), is a corporation organized and existing by virtue of an Act of Congress and authorized to do and doing business in the State of Louisiana as an interstate carrier, engaged in interstate transportation/commerce, operating an interstate system of railroads in and through various states including the State of Louisiana;

II.

At all times relevant thereto, Defendant, "Amtrak", was doing business and conducting rail operations and has places of business in and through several states including rail operations and places of business within the confines of the Eastern District of Louisiana, where this action is filed;

1

III.

Jurisdiction is vested in this Honorable Court, pursuant to its Subject Matter Jurisdiction under 28 U.S.C. Section 1331 (federal question) and 1349 (corporations incorporated under federal law);

IV.

On or about July 3, 2015, the date of the accident sued upon, Plaintiff, Ruby Howard, a fare-paying elderly passenger who was seventy-three years old at the time of the accident, was attempting to board Train No. 20, owned by and/or operated by and/or in the custody of Defendant, "Amtrak", at the Amtrak Union Passenger Terminal in New Orleans, Louisiana, in the Parish of Orleans, State of Louisiana, on July 3, 2015, with her final destination to Meridian, Mississippi, without assistance, when suddenly and without warning she was caused to fall onto the steps of the train striking her body on the steps, due to a rushed and disorderly boarding of the train by the conductor and/or the employees of Defendant, "Amtrak", resulting in injuries to Plaintiff, Ruby Howard's mind and body, including but not limited to her back and both knees, which have necessitated medical treatment;

V.

The accident and injuries sued upon, on or about July 3, 2015, was caused by the following acts and/or omissions of negligence, and/or fault on the part of Defendant, "Amtrak", through its employees, agents, and/or representatives while in the course and scope of their employment and agency, by way of the following nonexclusive list of particulars:

a) Defendant's failure to reasonably assist its passenger, Plaintiff, Ruby Howard, in boarding the train;

b) Defendant's failure to heed the health, safety, and welfare of its passenger, Plaintiff, Ruby Howard;

c) Defendant's failure to refrain from hastening/rushing passengers, including Plaintiff, Ruby Howard, during boarding;

d) Defendant's failure to provide rules regarding safe boarding of passengers, including Plaintiff, Roby Howard;

e) Defendant's failure to provide appropriate assistance to passenger, Plaintiff, Ruby Howard, in boarding the train, including but not limited to holding onto her body, to keep her from falling;

f) Defendant's failure to provide its passengers reasonably safe means for boarding Amtrak Train No. 20 at the New Orleans Amtrak station on July 3, 2015;

g) In that Defendant failed to promulgate and/or implement reasonable policies and procedures to instruct its employees on the proper procedure in assisting passengers boarding the train at the New Orleans Amtrak station;

h) In that Defendant failed to adequately test and/or inspect the train, platform, and/or step-stool for hazards involved with the passengers boarding Amtrak Train No. 20 at the New Orleans Amtrak station on July 3, 2015;

i) In that Defendant failed to provide an alternate entrance policy and/or route for all passengers, and particularly elderly passengers, such as Plaintiff, Ruby Howard, to utilize in order to avoid the risks associated with stepping up onto a platform from the landing for passengers boarding Amtrak Train No. 20 at the New Orleans Amtrak station on July 3, 2015;

j) In that Defendant failed to exercise due care and caution commensurate with the surrounding circumstances; and

k) Any and all other acts and/or omissions of negligence, and/or fault that will be shown at the trial of this matter;

VI.

As a direct result of the accident sued upon, on or about July 3, 2015, Plaintiff, Ruby Howard, seeks the following non-exclusive elements of damages from Defendant, "Amtrak", in amounts of such damages as are reasonable in the premises:

a. Pain and Suffering, emotional and physical, past, present, and future;

b. Medical expenses, past, present, and future; and

c. Permanent Disability.

VII.

The aforelisted non-exclusive acts and/or omissions acts of negligence were committed by employees, agents, and/or representatives of Defendant, "Amtrak", while acting in the course and scope of their employment, thereby rendering Defendant, "Amtrak", vicariously liable under the theory of ***Respondeat Superior*** and/or Article 2320 of the Louisiana Civil Code.

WHEREFORE Plaintiff, Ruby Howard, prays that a copy of this Complaint be served upon Defendant, National Railroad Passenger Corporation d/b/a Amtrak ("Amtrak"), and that after all legal delays had, there be a trial by jury and judgment rendered in favor of Plaintiff, Ruby Howard, and against Defendant, National Railroad Passenger Corporation d/b/a/Amtrak ("Amtrak"), for amounts of such damages as are reasonable in the premises, with interest

thereon from the date of the accident sued upon, until paid, attorneys' fees, all costs of these proceedings, and for all general and equitable relief.

Respectfully submitted,

_____
Al M. Thompson, Jr. (#17169)
**THOMPSON, GIBBONS & WESTHOLZ**
Co-Counsel for Plaintiff, Ruby Howard
One Canal Place, 365 Canal Street, S.2960
New Orleans LA 70130
Telephone: (504) 588-2171
Fax: (504) 588-2198

_____
Robert B. Haik (#8407)
**HAIK & HAIK LAW OFFICES**
Co-Counsel for Plaintiff, Ruby Howard
4616 Jefferson Highway
New Orleans LA 70121
Telephone: (504) 733-2797
Fax: (504) 733-2870

**PLEASE SERVE:**

Defendant, **NATIONAL RAILROAD PASSENGER CORPORATION**
Through the Louisiana Long Arm Statute (L.S.A. R.S. 13:3201 et seq.)
Through its agent for service of process:
Ms. Eleanor Acheson
Chief Legal Officer
National Railroad Passenger Corporation
60 Massachusetts Avenue, NE
Washington DC 20002